UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Party City Corporation dba Party City #669; KIR Torrance, LP,<br><br>　　　　Defendants. | Case No. CV14-02387 DMG (MRWx)<br><br>**Order re: Joint Stipulation for Dismissal [26]** |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendant KIR Torrance, LP,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

DATED: December 2, 2014

　　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE